relation of Abraham H. Goldberg, against Edmond J. Butler, commissioner, etc. C. W. Francis, for relator. W. E. Crowell, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. HOEFLE, Appellant, v. CAHILL, Coroner, Respondent. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Proceeding by the people of the state of New York, on the relation of Charles Hoefle, against Matthew J. Cahill, coroner of the borough of Richmond in the city of New York. No opinion. Motion to resettle order granted, without costs.

PEOPLE ex rel. McGINLEY, Appellant, v. CAHILL, Coroner, Respondent. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Proceeding by the people of the state of New York, on the relation of Thomas R. McGinley, against Matthew J. Cahill, as coroner of the borough of Richmond in the city of New York. No opinion. Motion to resettle order granted, without costs.

PEOPLE ex rel. MILLS, Appellant, v. MEAGHER, Justice, et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Proceeding by the people of the state of New York, on the relation of Oswin J. Mills, against Philip D. Meagher, justice of the Fourth District Municipal Court, borough of Brooklyn, and Edward Greenfield. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. O'DONNELL, Appellant, v. McCLELLAN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Proceeding by the people of the state of New York, on the relation of James M. O'Donnell, against George B. McClellan and others. T. J. Theall, for appellant. T. Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 102 N. Y. Supp. 946.

PEOPLE ex rel. SESSELMAN v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Proceeding by the people of the state of New York, on the relation of Andrew Sesselman, against Theodore A. Bingham, commissioner, etc. J. Rouss, for relator. T. Connolly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. SUGDEN v. McADOO, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Proceeding by the people of the state of New York, on the relation of Edward D. Sugden, against William McAdoo, as commissioner. J. Rouss, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

In re PERRY. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) In the matter of the application of Arline A. Perry for the removal of Frederick H. Johnson as an executor, etc., of Anne Marchant Stacy, deceased. No opinion. Decree of the Surrogate's Court of Kings county reversed, with costs, and proceeding dismissed, on the ground that no fact is found by the surrogate justifying it, nor is any fact proved justifying it.

PETERS, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Henry G. Peters against the New York & Harlem Railroad Company and another. A. S. Lyman, for appellants. J. C. Bushby, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PETZE, Appellant, v. LEARY, Respondent. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Henry H. Petze against Daniel J. Leary. No opinion. Motion denied, with costs.

PICKETT et al., Appellants, v. PRATT, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 20, 1907.) Action by Fred Pickett and another against John H. Pratt.

PER CURIAM. Judgment reversed, with costs.

SPRING and KRUSE, JJ., dissent.

POHLMAN, Appellant, v. SCHLOEZER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Henrietta Pohlman against Louise F. Schloezer. No opinion. It appearing that appellant has failed to file and serve her printed papers on appeal as required, and it not having been shown that a case containing exceptions is necessary, respondent's motion to dismiss the appeal herein is granted, with $10 costs.

POLSTEIN, Respondent, v. MICHEL, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Samuel Polstein against David M. Michel. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

POLSKY, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Appeal from Trial Term, New York County. Action by Solomon Polsky against the New York Transportation Company. From a judgment for plaintiff, defendant appeals. Reversed, and new trial granted. Arthur K. Wing, for appellant. Joseph Rosenzweig, for respondent.

HOUGHTON, J. This is an action by the father for loss of services and expenses incurred by reason of an injury received by his son Abraham through the alleged negligence of one of defendant's cab drivers. The son recovered a judgment for his injuries, and on appeal to this court (Polsky v. New York Transportation Company, 96 App. Div. 613, 88 N. Y. Supp.